THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel Noel Bradley, Appellant.
 
 
 

Appeal From Sumter County
 Ralph F. Cothran, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2010-UP-494
Submitted November 1, 2010  Filed
 November 8, 2010
AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and
 Assistant Attorney General William Edgar Salter, III, all of Columbia; and
 Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Nathaniel
 Noel Bradley appeals his murder conviction and thirty-year sentence, arguing
 the trial court erred in denying his directed verdict motion.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority:  State v. Zeigler, 364 S.C. 94, 103, 610 S.E.2d 859, 863 (Ct.
 App. 2005) ("The appellate court may reverse the trial judge's denial of a
 motion for a directed verdict only if there is no evidence to support the
 judge's ruling."); Id. at 103, 610 S.E.2d at 864 ("Any person who is present at a homicide, aiding and
 abetting, is guilty of the homicide as a principal, even though another does
 the killing.").
AFFIRMED.
HUFF,
 KONDUROS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.